PIAZZON v. PIAZZON

Appeal from Macomb, Carroll (Howard R.), J. Submitted Division 2 November 4, 1968, at Lansing. (Docket No. 2,834.)   Decided November 25, 1968.

Complaint by Mary Martha Piazzon against Anthony Piazzon for divorce, property settlement, and alimony. Judgment of divorce granted, and property settlement and alimony award rendered. Plaintiff appeals. Affirmed.

*Robert P. Dank,* for plaintiff.

*William L. Sanders,* for defendant.

PER CURIAM. This appeal by the plaintiff controverts an alimony award and a property settlement in a divorce judgment granted June 6, 1966. Plaintiff claims the lower court erred by granting alimony in gross and in the property distribution between the discordant parties. A review of the trial judge's opinion and the record reveals an admirable exercise of judicial discretion in an attempt to equitably divide the property and support burdens, considering relative earning capacities and needs subsequent to the divorce, despite the parties' churlish behavior. We cannot say that we would have reached a different conclusion had we occupied the position and vantage point of the trial judge,

nor that the record discloses a manifest abuse of discretion.  *Billingsley* v. *Billingsley* (1946), 315 Mich 417.

The lower court's decision is affirmed.  Costs to appellee.

McGREGOR, P. J., and QUINN and LETTS, JJ., concurred.